# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00669-CR

**Ex parte Aaron Lively**

**FROM THE DISTRICT COURT OF SAN SABA COUNTY, 33RD JUDICIAL DISTRICT
NO. 5249, HONORABLE GUILFORD JONES, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order denying habeas corpus relief with respect to pretrial bail. *See* Tex. R. App. P. 31. The Court has been advised that after this appeal was filed, appellant Aaron Lively was convicted on his plea of guilty. Because the pretrial bail issue is now moot, this appeal is dismissed.

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed

Filed:   April 24, 2003

Do Not Publish